IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES MANNING,

   Plaintiff,

v.                                              Civil No. 3:23-cv-586

DRURY HOTELS COMPANY, *et al*.,

   Defendants.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Drury Hotels Company, LLC d/b/a Drury Plaza Hotel Richmond and Drury Development Corp. d/b/a Drury Plaza Hotel Richmond in the above-captioned action, states that DDC Hotels, Inc. and DSW Industries, Inc. are the members of Drury Hotels Company, LLC. No publicly held corporation owns ten percent or more of Drury's stock.

Dated: September 14, 2023

/s/ Danielle D. Giroux
Danielle D. Giroux, Esq. (45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia  22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com
*Counsel for Drury Hotels Company, LLC*
*d/b/a Drury Plaza Hotel Richmond and*
*Drury Development Corp. d/b/a Drury*
*Plaza Hotel Richmond*