IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES MANNING,

   Plaintiff,

v.                                                                      Civil Action No. 3:23-cv-00586

DRURY HOTELS COMPANY, LLC D/B/A
DRURY PLAZA HOTEL RICHMOND, *et al.*,

   Defendants.

## ANSWER

Defendants Drury Hotels Company, LLC d/b/a Drury Plaza Hotel Richmond and Drury Development Corp. d/b/a Drury Plaza Hotel Richmond, by counsel, state as follows for their Answer to Plaintiff's Complaint.

1.      In response to paragraph 1 of the Complaint, Defendants admit that Drury Development Corporation is the owner and Drury Hotels Company, LLC is the operator of a hotel doing business as Drury Plaza Hotel Richmond in Henrico County, Virginia.

2.      Defendants admit the allegations in paragraph 2 of the Complaint.

3.      Paragraph 3 of the Complaint states a legal conclusion to which no response is required.  Defendants admit that Plaintiff was a registered guest at the hotel on August 8, 2021.

4.      In response to paragraph 4 of the Complaint, Defendants are without sufficient information or knowledge to admit or deny whether Plaintiff was in the elevator at the time of the incident and call for strict proof thereof.  The remaining allegations in paragraph 4 of the Complaint are denied as stated.

5.      Paragraph 5 of the Complaint states a legal conclusion to which no response is required.  To the extent a response is required, any allegations in paragraph 5 are denied.

6.     Defendants deny the allegations in paragraph 6 of the Complaint.

7.     Paragraph 7 of the Complaint states a legal conclusion to which no response is required.  The allegations also do not relate to these Defendants.  To the extent a response is required, any allegations in paragraph 7 are denied.

8.     Paragraph 8 of the Complaint states a legal conclusion to which no response is required.  The allegations also do not relate to these Defendants.  To the extent a response is required, any allegations in paragraph 8 are denied.

9.     Defendants deny the allegations in paragraph 9 of the Complaint.

## DEFENSES

10.     Defendants deny the allegations in the "Wherefore" clause in the Complaint and further deny Plaintiff is entitled to the relief requested or any other relief.

11.     Defendants deny all allegations in the Complaint not specifically admitted herein.

12.     Defendants deny that they are indebted to Plaintiff in the amount claimed or in any amount, for the reasons stated or for any other reason.

13.     Defendants deny that they were negligent or that any negligence by Defendants was a proximate cause of Plaintiff's claimed injuries.

14.     Defendants aver that Plaintiff's alleged injuries were caused in whole or in part by the actions or omissions of persons other than Defendants or by those for whom Defendants are not responsible.

15.     Defendants will rely upon any proper and provable defenses that may be revealed through investigation and discovery.

WHEREFORE for the foregoing reasons, Defendants Drury Hotels Company, LLC d/b/a Drury Plaza Hotel Richmond and Drury Development Corp. d/b/a Drury Plaza Hotel Richmond, by

2

counsel, respectfully request that this Court dismiss the case with prejudice, award their costs incurred in defending this suit, and for any further relief this Court deems just and proper.

**TRIAL BY JURY IS DEMANDED.**

Dated:  September 15, 2023

/s/ *Danielle D. Giroux*
Danielle D. Giroux (VSB No. 45401)
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia  22314
804-747-5200 - Phone
804-747-6085 - Fax
dgiroux@hccw.com
*Counsel for Drury Hotels Company, LLC d/b/a*
*Drury Plaza Hotel Richmond and Drury*
*Development Corp. d/b/a Drury Plaza Hotel*
*Richmond*