IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES MANNING,

  Plaintiff,

v.                                                    Civil Action No. 3:23-cv-00586

DRURY HOTELS COMPANY, LLC D/B/A
DRURY PLAZA HOTEL RICHMOND, *et al*.,

  Defendants.

## DEFENDANTS DRURY HOTELS COMPANY, LLC AND DRURY DEVELOPMENT CORPORATION'S MOTION FOR LEAVE TO FILE CROSSCLAIM AGAINST DEFENDANT OTIS ELEVATOR COMPANY

Defendants Drury Hotels Company, LLC and Drury Development Corporation, by counsel, and pursuant to Federal Rules of Civil Procedure 13 and 15, respectfully move for leave to file a crossclaim against Defendant Otis Elevator Company for the reasons set forth in their Memorandum in Support of their Motion filed contemporaneously herewith.

Dated: March 19, 2024                  /s/ *Danielle D. Giroux*
                                                          Danielle D. Giroux (VSB No. 45401)
                                                          Harman, Claytor, Corrigan & Wellman
                                                          1900 Duke Street, Suite 210
                                                          Alexandria, Virginia  22314
                                                          804-747-5200 - Phone
                                                          804-747-6085 - Fax
                                                          dgiroux@hccw.com
                                                          *Counsel for Drury Hotels Company, LLC d/b/a*
                                                          *Drury Plaza Hotel Richmond and Drury*
                                                          *Development Corp. d/b/a Drury Plaza Hotel*
                                                          *Richmond*